FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

DEC - 8 2015

CHRISTOPHER A. PRINE

CLERK

**Cause NO 1041858**

| | | |
|---|---|---|
| Aleksandr Borisov | ) | IN THE COUNTY COURT |
| VS | ) | C.C.C.L. # 4 |
| Clerk of Small Claim Court | ) | Harris County, Texas |

## AFFIDAVIT OF ALEKSANDR BORISOV

| | |
|---|---|
| State of Texas | ) |
| County of Harris | ) |

BEFORE ME the undersign authority, on this day personally appeared ALEKSANDR BORISOV, a person known me or proven to be the person whose name is subscribed below, and after being by me duly swore upon his oath did depose and state as follows:

1. Recently at Oct. 25, 2015, I, myself, saving the time, delivered to trial court my Brief, signed at Oct. 16, 2015, by First Court of Appeals. Soon, at Nov. 11, 2015 I, as Plaintiff/Appellant received from defendant KERRY LEA KEELS/ Appellee's counsel of Patrick E. Nagorski two motions:

**01-15-00522-CV**

| | | |
|---|---|---|
| Aleksander Borisov | ) | IN THE COUNTY COURT |
| v. | ) | C.C.C.L. # 4 |
| KERRY LEA KEELS CHIEF CLERK, | ) | Harris County, Texas |
| HARRIS COUNTY JUSTICE COUR | | |

of "APPELLEE'S OPPOSED TO DISMISS FOR LACK OF JURISDICTION" and "APPELLEE'S OPPOSED TO EXTEND TIME TO FILE BRIEF" , in accompany with First Court of Appeals's letter. All been used as Appellee's Brief.

In this motions the Appellee INTENTIOMAL distort the style and content my case NO1041858 /01-15-00522-CV, ignoring the my Brief with four MALPRACTICES against PLAINTIFF by the Judge

Russ Ridgway witnesses, being signed by First Court of Appeals files coming claims against the PLAINTIFF coming claims against the PLAINTIFF, as any Appellee's counsel next irresponsibility

statement of the late filing Plaintiff's notice of Appeal, asking the Court of extend time for filing, after either dismiss tuis appeal or affirm the trial court's judgment debased my case.

Considering the difficulty in debasing my civil case where was include the criminal part's, the Appellee , looking for filing Appellee's Brief asks the clerk of Court of Appeals of more time to two

Month, add to used time. For finish my case need about 5 minutes for 3 words: GUILDY, NO MORE. So

After many frauds before the Court added to main claim in four MALPRACTICES against PLAINTIFF by the Judge Russ Ridgway witnesses, Appellee have going for defense with two counsels

Below are this comments from this motion:

1)    The County Court No 4 signed the final judgment in the underlying case, A. Borisov v. Kerry Lea Keels at May 5,15 and Plaintiff 's notice of Appeal caused late filing should filing either to dismiss this appeal or affirm the trial court's judgment!

> BUT THE JUDGMENT SIGNED AT MAY 5,15 WAS CONNECTED ONLY WITH FIFTH OPTION OF MY CASE WHILE THE APPEAL WAS CONNECTED WITH MY ORIGINAL PETITION OF CASE DIRECTLY. DOES MEAN MY LATE NOTICE OF APPEAL IS ONLY IN COUNSEL'S OF PATRICK E. NAGORSKI HEAD AND CANNOT BEEN PHIYSICAL EMBODIMENT.

2)    Appellee asks the Court to extend the time to file the appellee's brief

> SOME WAS HAPPEN WITH EXTENTION TIME TO FILING THE APPELLEE'S BRIEF BECAUSE THE PROBLEM WITH LATE NOTICE OF APPEAL EXIST ONLY IN COUNSEL'S HEAD ACCORDING WILL LOST THE PROBLEM WITH TWO MOTIONS CAUSED "FIFTH OPTION" IT MEAN "NOTHING" WAS GRANTED THE Judge Russ Ridgway AT BEGINNING MY CASE

2. Caused next failure with next fraud before the Judge and ground coming claim against the PLAINTIFF the Honorable Judge, please finish my case while was going to third Month from signed my Brief

Aleksander Borisov   US Senior Citizen   Old 88
10909 Fondren Rd 5501      Houston TX 77096
mobile 832 484 0304  E-mail  borisov1927@gmail.com